GREENBERG TRAURIG, LLP
Karin L. Bohmholdt (SBN 234929)
Attashin Safari (SBN 316678)
1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
Telephone: 310.586.7700
Facsimile: 310.586.7800
bohmholdtk@gtlaw.com
safaria@gtlaw.com

Attashin Safari

Attorneys for Defendant
ANASTASIA BEVERLY HILLS, LLC

PACIFIC TRIAL ATTORNEYS
A Professional Corporation
Scott J. Ferrell (SBN 202091)
sferrell@pacifictrialattorneys.com
4100 Newport Place Drive, Ste. 800
Newport Beach, CA 92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiffs
BRITTNEY MEJICO and ABELARDO MARTINEZ, JR.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTNEY MEJICO, an individual, and ABELARDO MARTINEZ, JR., an individual,<br><br>       Plaintiffs,<br><br>v.<br><br>ANASTASIA BEVERLY HILLS, LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>       Defendant. | CASE NO.  5:19-cv-00216-JGB-SP<br><br>Hon. Jesus G. Bernal<br><br>**CONSENT DECREE** |

# COURT APPROVAL, ADOPTION, AND ENTRY OF THE CONSENT DECREE

**THE COURT, HAVING CONSIDERED** the pleadings, law, and underlying facts and having reviewed this proposed Consent Decree,

**FINDS AS FOLLOWS:**

1) This Court has personal jurisdiction over Plaintiffs and Defendant for the purposes of this lawsuit pursuant to 28 U.S.C. § 1331;

2) The provisions of this Consent Decree shall be binding upon the Parties including the intended third-party beneficiaries as identified in this Consent Decree;

3) Entry of this Consent Decree is in the public interest;

4) This Consent Decree is for settlement purposes only and does not constitute an admission by Defendant of any of the allegations contained in the Complaint or any other pleading in this lawsuit, nor does it constitute any finding of liability against Defendant;

5) Plaintiffs are acting as private attorneys general in bringing this lawsuit and enforcing the ADA; and

6) This Consent Decree shall be deemed as adjudicating, once and for all, the merits of each and every claim, matter and issue that was alleged, or could have been alleged by Plaintiffs based on or arising out of or in connection with the allegations in the Complaint.

**NOW THEREFORE,** the Court approves the Consent Decree and in doing so specifically adopts it and makes it an Order of the Court.

**DONE AND ORDERED** in Chambers this 24th day of July 2019.

_____
Hon. Jesus G. Bernal
United States District Judge